[No. 59072-3-I.   Division One.   June 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY REAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-05568-0, Michael S. Spearman, J., entered October 23, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59234-3-I.   Division One.   June 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. PHAT VAN DUONG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-06242-2, Douglas D. McBroom, J., entered November 6, 2006. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Becker and Ellington, JJ.

[No. 59344-7-I.   Division One.   June 2, 2008.]

PORTER LA PLANT ET AL., *Respondents*, v. DAVID BOLLES ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-11457-8, Jim Rogers, J., entered November 30, 2006. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Schindler, C.J., and Leach, J.

[No. 59377-3-I.   Division One.   June 2, 2008.]

ROSE CALLAHAN ET AL., *Appellants*, v. SABERHAGEN HOLDINGS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-40939-0, Douglass A. North, J., entered November 9, 2006. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Agid and Ellington, JJ.